[21 NE3d 563, 997 NYS2d 111]

BRANIC INTERNATIONAL REALTY CORP., Appellant, v PHILLIP PITT, Respondent, et al., Respondents.

Argued October 22, 2014; decided November 18, 2014

### APPEARANCES OF COUNSEL

*Rosenberg Calica & Birney LLP*, Garden City (*Ronald J. Rosenberg* and *Lesley A. Reardon* of counsel), for appellant.

*Goddaard Riverside SRO Law Project*, New York City (*Martha A. Weithman* of counsel), and *Manhattan Legal Services*, New York City (*Jim Provost* of counsel), for respondent.

*MFY Legal Services, Inc.*, New York City (*Tanya Kessler, Brian Sullivan, Kevin Cremin* and *Jeanette Zelhof* of counsel), and *Covington & Burling LLP*, New York City (*C. William Phillips* and *Evie Spanos* of counsel), for The Bronx Defenders and others, amici curiae.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be reversed, without costs, the matter remitted to the Appellate Division with directions to dismiss the proceeding solely on the ground of mootness, and the certified question not answered as unnecessary.

The issues presented in this case are moot because respondent voluntarily vacated the premises. The mootness exception is not applicable under the facts of this case (*see e.g. Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]) and therefore the proceeding should be dismissed (*see Matter of Park E. Corp. v Whalen*, 43 NY2d 735, 736 [1977]).

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA concur; Judge ABDUS-SALAAM taking no part.

Order reversed, without costs, matter remitted to the Appellate Division, First Department, with directions to dismiss the petition solely on the ground of mootness and certified question not answered as unnecessary, in a memorandum.